**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pacific Radio Exchange, Inc |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Pacific Radio Electronics |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-1079690 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2701 N. Ontario St, Suite 120<br>Burbank, CA 91504<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

Debtor    Pacific Radio Exchange, Inc                                Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____        Relationship _____

District _____ When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| ▮ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    Pacific Radio Exchange, Inc                                    Case number (*if known*)
        Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | Pacific Radio Exchange, Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2025
MM / DD / YYYY

X _____    Danny Lee Gutierrez
Signature of authorized representative of debtor    Printed name

Title    President

---

**18. Signature of attorney**

X    /s/ Matthew D. Resnik
Signature of attorney for debtor

Date    July 31, 2025
MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone    (818) 285-0100    Email address    matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 31, 2025     X _____
                                Signature of individual signing on behalf of debtor

                                 Danny Lee Gutierrez
                                 Printed name

                                 President
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Pacific Radio Exchange, Inc |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. BOX 0001 Los Angeles, CA 90096-8000 | | Credit card | | | | $115,220.68 |
| American Express Business Blueprint P.O. Box 570622 Atlanta, GA 30357 | | Business line of credit | | | | $41,784.44 |
| Bank of America Business Card P O Box 15796 Wilmington, DE 19886-5796 | | Credit Card | | | | $89,008.64 |
| BELDEN WIRE & CABLE BELDEN INC. 28884 NETWORK PLACE Chicago, IL 60673-1288 | | Vendor | | | | $18,983.34 |
| Burbank Water and Power PO Box 631 Burbank, CA 91503-0631 | | Utility company | | | | $9,938.12 |
| CANARE CORPORATION OF AMERICA 45 COMMERCE WAY, UNIT C Totowa, NJ 07512 | | Vendor | | | | $16,513.69 |
| CAPITAL ONE SPARK BUSINESS CREDIT P.O. BOX 60599 City of Industry, CA 91716-0599 | | Credit card | | | | $15,567.00 |

| Debtor | Pacific Radio Exchange, Inc | | Case number *(if known)* | |
|--------|-----|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CITI BUSINESS AMERICAN AIRLINES PO BOX 790046 Saint Louis, MO 63179-0046 | | Credit Card | | | | $19,719.31 |
| CITI COSTCO P.O. BOX 78019 Phoenix, AZ 85062-8019 | | Credit Card | | | | $23,239.27 |
| COAX CONNECTORS LTD. KORUS HOUSE 6-8 COLNE ROAD Twickenham, Middlesex, UK TW1 4JR | | Vendor | | | | $28,954.54 |
| HAVE INC. 49 BENDER BLVD. Ghent, NY 12075 | | Vendor | | | | $15,297.00 |
| LEGRAND AV INC. 6436 CITY WEST PARKWAY Eden Prairie, MN 55344 | | Vendor | | | | $17,231.74 |
| MARSHALL ELECTRONICS INC 20608 MADRONA AVE Torrance, CA 90503 | | Vendor | | | | $13,408.32 |
| NEUTRIK AMERICAS, INC. 4115 TAGGART CREEK RD. Charlotte, NC 28208 | | Vendor | | | | $39,942.43 |
| Sommer Cable America c/o David & Jones LLC 3120 Sabre Dr., Suite 280 Southlake, TX 76092-2102 | | File#128879 | | | | $25,309.72 |
| TECNEC DISTRIBUTING 812 KINGS HIGHWAY P.O. BOX 397 Saugerties, NY 12477 | | Vendor | | | | $46,110.85 |

| Debtor | Pacific Radio Exchange, Inc | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VANCO INTERNATIONAL, LLC 506 KINGSLAND DRIVE Batavia, IL 60510 | | Vendor | | | | $18,756.89 |
| Vast RE/sources Ontario, LLC Attn: Bob Carter 4326 Forman Avenue North Hollywood, CA 91602 | | Landlord for 2701 N. Ontario St, Suite 120, Burbank | | | | $26,681.12 |
| WAVENET, INC. c/o Vericore LLC 10115 Kincey Avenue, Suite 100 Huntersville, NC 28078 | | Vendor | | | | $21,550.24 |
| WELLS FARGO BUSINESS CREDIT CARD PO BOX 77033 Minneapolis, MN 55480-7733 | | Credit card | | | | $9,721.97 |

## United States Bankruptcy Court
### Central District of California

In re  Pacific Radio Exchange, Inc                                    Case No. _____
_____          Chapter   11
                        Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Danny Lee Gutierrez | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 31, 2025                              Signature _____
                                                            Danny Lee Gutierrez

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Danny Lee Gutierrez (Affiliate)  2:11-bk-36895-VZ CH 13 filed 6/22/2011 Discharged 1/12/2017; Danny Lee Gutierrez
8:96-bk-10075-JR CH 13 filed 1/3/1996 Discharged 2/12/1999

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

See No. 1

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Burbank                                      , California.

Date:          July 31, 2025                                            Danny Lee Gutierrez
                                                                        Signature of Debtor 1


                                                                        _____
                                                                        Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1           **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name ___Pacific Radio Exchange, Inc___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................... $ _____ 94,813.54

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $ _____ 94,813.54

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ _____ 851,179.86

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 839,135.83

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,690,315.69

**Fill in this information to identify the case:**

Debtor name    Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $2,362.54 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    Wells Fargo | Business Checking | 1637 | $1,100.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                    | $3,462.54 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1.    Tenant deposit with Vast RE/sources Ontario, LLC of  $17,500 | $0.00 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| Debtor | Pacific Radio Exchange, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**9.**  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$0.00

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

11a. 90 days old or less:          24,236.00      -          0.00     = ....          $24,236.00

          face amount                    doubtful or uncollectible accounts

---

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$24,236.00

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** Inventory as of July 23, 2025 | | $0.00 | | $50,000.00 |

---

**23.**  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$50,000.00

**24.**  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value          Valuation method          Current Value

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | Pacific Radio Exchange, Inc | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office furniture (25 years old) 16 office cubicles, 45 office chairs, varioius tables | $0.00 | | $1,000.00 |
| 40. | **Office fixtures** Warehouse fixtures (25 years old) metal fixtures) Qty 120, 10-foot-long metal beams for shelving Qty 25. 18-foot tall metal uprights Qty 30, 10-foot-tall metal uprights Qty 110, 9-foot metal beams for shelving | $0.00 | | $2,000.00 |
| | Sales floor fixtures (25 years old) Qty 17, 6-foot metal double sided gondolas Qty 18, 8-foot metal double sided gondolas Qty 500 metal shelves Qty 750 metal brackets for shelving Qty 2500 metal peg hooks for product display Qty 25 misc. metal sales floor fixtures | $0.00 | | $1,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment (10 years old) - 53 Dell computer monitors, 25 CPU towers, server rack with I.T equipment, 4 laptops for remote workers | $0.00 | | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $9,000.00 |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Pacific Radio Exchange, Inc | Case number *(If known)* |
|---|---|---|
| | Name | |

---

Part 8: **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2008 Dodge Sprinter delivery van - 168,4141 miles | $0.00 | | $2,500.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Vehicles used in warehouse: 1992 Clark electric forklift; Trojan II forklift; 1994 Hyster lift truck; | $0.00 | | $3,500.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $6,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

Part 9: **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

Part 10: **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor    Pacific Radio Exchange, Inc                                    Case number *(If known)*
          Name

|  | E-commerce store:  www.pacrad.com (domain name) | $0.00 | $2,115.00 |
|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Customer list | $0.00 | Unknown |

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|
| 65. | **Goodwill** | | |
| | Goodwill | $0.00 | Unknown |

| 66. | **Total of Part 10.** | $2,115.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| Debtor | Pacific Radio Exchange, Inc | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Interest in three RICHO leased printers | $0.00 |
| Interest in Pitney Bowes lease - meter postage machine | $0.00 |

78. **Total of Part 11.**                                                                               | $0.00 |
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Pacific Radio Exchange, Inc    Case number *(If known)* _____
_____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,462.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,236.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,115.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $94,813.54 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $94,813.54 |

**Fill in this information to identify the case:**

Debtor name      Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Bankers Healthcare Group, LLC<br>Creditor's Name<br><br>10234 W. State Road 84<br>Davie, FL 33324<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Debtor grants to creditor a security interest in all of the right, title and interest of Debtor in and to all business assets etc..<br><br>**Describe the lien**<br>UCC filed 3/31/2023 | $136,982.64 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**
3/29/2023
**Last 4 digits of account number**
9157
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** California Dept. of Tax and Fee<br>Creditor's Name<br><br>Special Procedures Section<br>MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>UCC file #U250169978137:10/1/2024 -3/31/2025;<br>UCC U250127503524:<br>4/1/2024 - 6/30/2024  $38,201.88<br>7/1/2024 - 9/70/2024  $34,704.86<br><br>**Describe the lien**<br>State tax Lien filed 7/8/2025 & 4/14/2025 | $116,825.92 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Pacific Radio Exchange, Inc**                                           Case number (if known) _____
         Name

**Last 4 digits of account number**
1683

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Celtic Bank/OnDeck Capital | Describe debtor's property that is subject to a lien | $124,547.00 | $0.00 |

Creditor's Name

4700 W. Daybreak Pkwy,
Suite 200
South Jordan, UT 84009
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All of Debtor's right, title and interest, whether now existing or hereafter acquired, in and to any and all assets of the Debtor.

customerservice@ondeck.com/scooley@ondeck.com
Creditor's email address, if known

**Describe the lien**
UCC filed 11/16/2023

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/15/2023
**Last 4 digits of account number**
4184

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Launch Funding Group LLC | Describe debtor's property that is subject to a lien | $22,099.00 | $20,537.00 |

Creditor's Name

c/o Regain Group LLC
One Bridge Plaza North,
Suite 868
Fort Lee, NJ 07024
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Accounts receivables and proceeds therefrom

zmc@regaingroupllc.com
Creditor's email address, if known

**Describe the lien**
UCC filed 9/25/2025

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/25/2024
**Last 4 digits of account number**
2570

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | MNR Capital Group LLC | Describe debtor's property that is subject to a lien | $30,960.00 | $0.00 |

Creditor's Name

7901 4th St. N Ste 7491
Saint Petersburg, FL 33702

**Describe debtor's property that is subject to a lien**
All assets and receivables

Debtor    Pacific Radio Exchange, Inc                                    Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>UCC filed 11/26/2024 |
| | **Is the creditor an insider or related party?** |
| tomer@mnrcapitalgroup.com | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| 10/31/2024 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| 5133 | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | Pathway Funding of Miami LLC | | $17,571.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | Accounts receivable, cash, cash proceeds, chattel paper, equipment, general intangibles, inventory instruments related to the receipts etc... | | |
| | 1150 NE 169TH Terrace<br>Miami, FL 33162 | | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC filed 1/22/205 | | |
| | | **Is the creditor an insider or related party?** | | |
| | sam@pathwayfunding.com | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 1/3/2025 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 3573 | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | Swift Funding California LLC | | $12,500.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | Receivables - all assets now owned or hereafter acquired and whenever located, including but limited to, following subcategories of assets: a. Accounts including but not limited to credit cards receivables, etc... | | |
| | Ershowsy Verstanding PLLC<br>290 Central Avenue, Ste. 109<br>Lawrence, NY 11559 | | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC filed 6/24/20224 | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 4776 | | | |

Debtor    Pacific Radio Exchange, Inc                                   Case number (if known) _____
          _____
          Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | $178,122.30 | $148,763.92 |
|---|---|---|---|---|

Creditor's Name

Office of General Counsel
312 N. Spring St., 5th FL
Los Angeles, CA 90012

Creditor's mailing address

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes  etc...

**Describe the lien**
UCC filed 6/21/2020

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7810

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | United First / Global Funding | Describe debtor's property that is subject to a lien | $108,458.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2999 NE 191st Street, Unit 901
Miami, FL 33180

Creditor's mailing address

Purchase and sale of future receipts agreement

**Describe the lien**
UCC filed 6/25/2024

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
6/19/2024

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0004

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | WebBank | Describe debtor's property that is subject to a lien | $103,114.00 | $0.00 |
|---|---|---|---|---|

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Creditor's Name | |
|---|---|
| LoanBuilder/Swift Financial<br>c/o Foley & Lardner LLP<br>321 N. Clark Street<br>Chicago, IL 60654 | Present and future accounts, receivables, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment and inventory etc... |
| Creditor's mailing address | |

**Describe the lien**

UCC filed 12/10/2024

**Is the creditor an insider or related party?**

■ No

☐ Yes

customerservice@swiftfinancial.com

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

12/9/2024

**Last 4 digits of account number**

4446

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      | $851,179.86 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MNR Capital Group LLC<br>418 Broadway, #5133<br>Albany, NY 12207 | Line  2.5 | |
| PayPal Loan Builder/Swift Financial<br>2211 North First Street<br>San Jose, CA 95131 | Line  2.10 | |

**Fill in this information to identify the case:**

Debtor name   Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,533.20 |
|---|---|---|---|

All-Phase Electric Supply Co.
3020 W, Empire Ave.
Burbank, CA 91504

**Date(s) debt was incurred** May & October 2024
**Last 4 digits of account number** 8634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115,220.68 |
|---|---|---|---|

American Express
P.O. BOX 0001
Los Angeles, CA 90096-8000

**Date(s) debt was incurred**
**Last 4 digits of account number** 4002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,429.01 |
|---|---|---|---|

American Express Blue Business
P.O. Box 96001
Los Angeles, CA 90096

**Date(s) debt was incurred**
**Last 4 digits of account number** 1004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,784.44 |
|---|---|---|---|

American Express Business Blueprint
P.O. Box 570622
Atlanta, GA 30357

**Date(s) debt was incurred**
**Last 4 digits of account number** 6122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business line of credit

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.60 |
|---|---|---|---|

American Recorder Tech, Inc.
1872 Angus Avenue
Simi Valley, CA 93063

**Date(s) debt was incurred** Oct. & Nov. 2024
**Last 4 digits of account number**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** Nonpriority creditor's name and mailing address
Amphenol RF
4 Old Newtown Rd
Danbury, CT 06810

Date(s) debt was incurred  Various
Last 4 digits of account number  9100

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,648.32

---

**3.7** Nonpriority creditor's name and mailing address
Amphenol Sine Systems
44724 Morley Drive
Clinton Township, MI 48036

Date(s) debt was incurred  March 2025
Last 4 digits of account number  4012

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,584.00

---

**3.8** Nonpriority creditor's name and mailing address
Bank of America
Business Card
P O Box 15796
Wilmington, DE 19886-5796

Date(s) debt was incurred  Various
Last 4 digits of account number  0009

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$89,008.64

---

**3.9** Nonpriority creditor's name and mailing address
Beach Wire & Cable
15881 Chemical Lane
Wilmington, DE 19886-5796

Date(s) debt was incurred  Various
Last 4 digits of account number  FIC9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$3,456.22

---

**3.10** Nonpriority creditor's name and mailing address
BELDEN WIRE & CABLE
BELDEN INC.
28884 NETWORK PLACE
Chicago, IL 60673-1288

Date(s) debt was incurred  Various
Last 4 digits of account number  8896

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$18,983.34

---

**3.11** Nonpriority creditor's name and mailing address
BREWER & TOMINAGA
310 N. WESTLAKE BLVD, Ste 260
Westlake Village, CA 91362

Date(s) debt was incurred  2023
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.12** Nonpriority creditor's name and mailing address
Burbank Water and Power
PO Box 631
Burbank, CA 91503-0631

Date(s) debt was incurred
Last 4 digits of account number  6974

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility company

Is the claim subject to offset? ■ No ☐ Yes

$9,938.12

---

Debtor    Pacific Radio Exchange, Inc                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | $16,513.69 |

CANARE CORPORATION OF AMERICA
45 COMMERCE WAY, UNIT C
Totowa, NJ 07512

**Date(s) debt was incurred** Various

**Last 4 digits of account number** 8750

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | $15,567.00 |

CAPITAL ONE SPARK BUSINESS CREDIT
P.O. BOX 60599
City of Industry, CA 91716-0599

**Date(s) debt was incurred** Various

**Last 4 digits of account number** 9415

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | $248.00 |

CHEVRON & TEXACO BUSINESS FUEL
CARD
P.O. BOX 4337
Carol Stream, IL 60197-4337

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4431

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | $19,719.31 |

CITI BUSINESS AMERICAN AIRLINES
PO BOX 790046
Saint Louis, MO 63179-0046

**Date(s) debt was incurred** Various

**Last 4 digits of account number** 9260

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | $23,239.27 |

CITI COSTCO
P.O. BOX 78019
Phoenix, AZ 85062-8019

**Date(s) debt was incurred** Various

**Last 4 digits of account number** 4140

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | $2,522.10 |

CLARK WIRE & CABLE
408 WASHINGTON BLVD
Mundelein, IL 60060

**Date(s) debt was incurred** June 2025

**Last 4 digits of account number** 3226

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | $3,568.51 |

CLEERLINE TECHNOLOGY GROUP
8404 EL WAY DRIVE, #2B
Missoula, MT 59808

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 8140

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,954.54**

COAX CONNECTORS LTD.
KORUS HOUSE
6-8 COLNE ROAD
Twickenham, Middlesex, UK
TW1 4JR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024 and May 1/2025

**Basis for the claim:** Vendor

**Last 4 digits of account number** 6077

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **$1,050.00**

COVERALL North America, Inc.
2955 MOMENTUM PLACE
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** 1252

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **$80,301.00**

Danny L Gutierrez
28378 Stansfield Lane
Santa Clarita, CA 91350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insider claim Loans

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **$1,579.42**

EDAC INCORPORATED
3810 SHUTTERFLY ROAD, #200
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** PACRADU

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **$1,420.72**

ELECTRONICS DISTRIBUTORS
2004 CHARLIE STREET
Costa Mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** February 2025

**Basis for the claim:** Vendor

**Last 4 digits of account number** 0003

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **$5,151.87**

ERSHOWSKY VERSTADIG PLLC
290 CENTRAL AVENUE, #109
Lawrence, NY 11559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2025

**Basis for the claim:** Legal services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **$3,888.60**

FEDERAL EXPRESS
c/o AG Adjustments, Ltd.
1 Huntington Quadrangle Ste. 4N15
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** 5019

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,297.00 |
|---|---|---|---|

HAVE INC.
49 BENDER BLVD.
Ghent, NY 12075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** 5773

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,011.07 |
|---|---|---|---|

HOSA TECHNOLOGY INC.
6650 CABALLERO BLVD
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** 0075

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,841.00 |
|---|---|---|---|

JOSEPH ELECTRONICS INC.
6633 W HOWARD ST
Niles, IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Feb. & March 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** PACIFRAD

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,857.08 |
|---|---|---|---|

KLEIN TOOLS INCORPORATED
P.O. BOX 731984
Dallas, TX 75373-1984

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Aug. 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** 0412

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,231.74 |
|---|---|---|---|

LEGRAND AV INC.
6436 CITY WEST PARKWAY
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** 1708

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $799.00 |
|---|---|---|---|

LILLIPUT ELECTRONICS (USA), INC.
130 COMMERCE WAY
Walnut, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** June 2025

**Basis for the claim:** Vendor

**Last 4 digits of account number** R002

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,408.32 |
|---|---|---|---|

MARSHALL ELECTRONICS INC
20608 MADRONA AVE
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** 4700

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address
MASTERWORKS MANUFACTURING SERVICES
508 SHOREVIEW PARK ROAD
Saint Paul, MN 55126

Date(s) debt was incurred  June 2024

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No  ☐ Yes

$2,090.68

---

**3.35** | Nonpriority creditor's name and mailing address
MILLER-STEPHENSON CHEM.
55 BACKUS AVE.
Danbury, CT 06810-7328

Date(s) debt was incurred  April 2025

Last 4 digits of account number  5400

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

$998.05

---

**3.36** | Nonpriority creditor's name and mailing address
MOUSER ELECTRONICS
1000 NORTH MAIN STREET
Mansfield, TX 76063

Date(s) debt was incurred  2024 and Jan. 2025

Last 4 digits of account number  8AB9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☐ No  ☐ Yes

$4,463.17

---

**3.37** | Nonpriority creditor's name and mailing address
MUXLAB INC.
2321 COHEN
MONTREAL, QUEBEC
H4R 2N7

Date(s) debt was incurred  Nov. 2024 and Jan. 2025

Last 4 digits of account number  RE02

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

$3,458.00

---

**3.38** | Nonpriority creditor's name and mailing address
NEUTRIK AMERICAS, INC.
4115 TAGGART CREEK RD.
Charlotte, NC 28208

Date(s) debt was incurred  Various

Last 4 digits of account number  0982

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

$39,942.43

---

**3.39** | Nonpriority creditor's name and mailing address
NICE NORTH AMERICA LLC
DBA NORTEK SECURITY & CONTROL
PO BOX 846126
Dallas, TX 75284-6126

Date(s) debt was incurred  2024

Last 4 digits of account number  1459

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

$2,193.51

---

**3.40** | Nonpriority creditor's name and mailing address
NTE ELECTRONICS INC.
44 FARRAND STREET
Bloomfield, NJ 07003

Date(s) debt was incurred  May 2024

Last 4 digits of account number  8943

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

$750.37

---

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
ORS NASCO LLC
3706 SOLUTIONS CENTER
Chicago, IL 60677-3007

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,518.73

---

**3.42**

**Nonpriority creditor's name and mailing address**
PHILMORE CARTER IND. INC
P.O. BOX 6386
Rockford, IL 61125-1386

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 1881

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,831.50

---

**3.43**

**Nonpriority creditor's name and mailing address**
PLATINUM TOOLS/LYNN
1390 WELSH ROAD
North Wales, PA 19454

**Date(s) debt was incurred** Various

**Last 4 digits of account number** RA30

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$9,214.39

---

**3.44**

**Nonpriority creditor's name and mailing address**
PLATT LUGGAGE INC.
4051 W.51st STREET
Chicago, IL 60632

**Date(s) debt was incurred** Feb. 2025

**Last 4 digits of account number** C002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$702.61

---

**3.45**

**Nonpriority creditor's name and mailing address**
PRIME WIRE AND CABLE
1330 VALLEY VISTA
Diamond Bar, CA 91765

**Date(s) debt was incurred** June 2024

**Last 4 digits of account number** 2346

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$4,880.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
PVK PLASTICS
PO BOX 161961
Austin, TX 78716-1961

**Date(s) debt was
incurred** Aug. 2024 and Jan. 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,266.46

---

**3.47**

**Nonpriority creditor's name and mailing address**
RADIO DESIGN LABS
659 N 6TH ST
Prescott, AZ 86301

**Date(s) debt was incurred** July 10, 2025

**Last 4 digits of account number** R134

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,086.50

---

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>RESIDEO LLC FKA ADEMCO INC.<br>25429 NETWORK PLACE<br>Chicago, IL 60673-1254 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,209.32 |
|---|---|---|---|
| | **Date(s) debt was incurred** _____ | | |
| | **Last 4 digits of account number** 3000 | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>SERCO MOLD INC.<br>2009 WRIGHT AVENUE<br>La Verne, CA 91750 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $638.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** April 2025 | | |
| | **Last 4 digits of account number** 1007 | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>SHELL BUSINESS FUEL CARD<br>P.O. BOX 6293<br>Carol Stream, IL 60197-6293 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,078.11 |
|---|---|---|---|
| | **Date(s) debt was incurred** Various | | |
| | **Last 4 digits of account number** 0430 | **Basis for the claim:** Credit card | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address**<br>Sommer Cable America<br>c/o David & Jones LLC<br>3120 Sabre Dr.,  Suite 280<br>Southlake, TX 76092-2102 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,309.72 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | | |
| | **Last 4 digits of account number** 0422 | **Basis for the claim:** File#128879 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address**<br>SOUNDTOOLS<br>486 Constituion Ave<br>Camarillo, CA 93012 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,127.74 |
|---|---|---|---|
| | **Date(s) debt was incurred** June 2025 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>SPECIALIZED PRODUCTS<br>P.O. BOX 201546<br>Dallas, TX 75320-1546 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $671.46 |
|---|---|---|---|
| | **Date(s) debt was incurred** _____ | | |
| | **Last 4 digits of account number** 5913 | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>STAR FIRE EXTINGUISHER COMPANY<br>P.O. BOX 4333<br>Burbank, CA 91503-4333 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $405.51 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2024 | | |
| | **Last 4 digits of account number** ___ | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  Pacific Radio Exchange, Inc _____  Case number *(if known)* _____
         Name

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,450.00 |
|---|---|---|---|

TASNEEM SACHEE
18-C Kamdhenu Park
Near Kedari Garden
Wanwadi, Pune, Maharashtra 411040
India

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various
**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,753.08 |
|---|---|---|---|

TECHFLEX INCORPORATED
104 DEMAREST ROAD
Sparta, NJ 07871

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various
**Last 4 digits of account number** RE01

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,096.75 |
|---|---|---|---|

TECHLOGIX NETWORX, LLC
715 POST ROAD, SUITE C
Madison, WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024
**Last 4 digits of account number** IF27

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,110.85 |
|---|---|---|---|

TECNEC DISTRIBUTING
812 KINGS HIGHWAY
P.O. BOX 397
Saugerties, NY 12477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various
**Last 4 digits of account number** 2363

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,538.94 |
|---|---|---|---|

TEMPO COMMUNICATIONS, INC.
ATTN: ACCOUNTS RECEIVABLE
1390 ASPEN WAY
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2025
**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,220.04 |
|---|---|---|---|

THE GENIE GROUP, INC./THE GENIE NET
GENIE GROUP, INC.
P.O. BOX 306008
Nashville, TN 37230-6008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** May 2025
**Last 4 digits of account number** 4472

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.50 |
|---|---|---|---|

The RapcoHorizon Company
RHC HOLDING CORP.
PO BOX 22751
New York, NY 10087-2751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2025
**Last 4 digits of account number** 4530

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,142.18

THE RIP-TIE COMPANY
883 SAN LEANDRO BLVD.
San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** A005

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,942.68

TYTON HELLERMANN
22242 NETWORK PLACE
Chicago, IL 60673-1222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** 0678

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,285.77

UPS
P.O. BOX 650116
Dallas, TX 75265-0116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** W084

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,756.89

VANCO INTERNATIONAL, LLC
506 KINGSLAND DRIVE
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Vendor

**Last 4 digits of account number** 9568

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,681.12

Vast RE/sources Ontario, LLC
Attn: Bob Carter
4326 Forman Avenue
North Hollywood, CA 91602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** July 2025

**Basis for the claim:** Landlord for 2701 N. Ontario St, Suite 120, Burbank

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,550.24

WAVENET, INC.
c/o Vericore LLC
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,721.97

WELLS FARGO BUSINESS CREDIT CARD
PO BOX 77033
Minneapolis, MN 55480-7733

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Credit card

**Last 4 digits of account number** 4551

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602.33 |
|---|---|---|---|
| | WIN LONG USA LLC<br>DBA TITANIUM TECHNOLOGIES<br>2704 PALDAN DRIVE<br>Auburn Hills, MI 48326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.10 |
|---|---|---|---|
| | WIREMOLD / BROOKS ELECTRONICS<br>P.O. BOX 7247-7370<br>Philadelphia, PA 19170-7370 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __May & June 2025__ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __2885__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.00 |
|---|---|---|---|
| | XENIUM LIMITED<br>UNIT A-5/F EASTERN FLOWER CENT<br>22-24 CAMERON ROAD<br>TSIM SHA TSUI<br>KOWLOON, HONG KONG | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Jan. 2025__ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __X132__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.65 |
|---|---|---|---|
| | XPRESSCONNECT SUPPLY, LLC<br>P.O. Box 847481<br>Dallas, TX 75284-7481 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __June 2025__ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,752.67 |
|---|---|---|---|
| | ZACK ELECTRONICS<br>1075 HAMILTON ROAD<br>Duarte, CA 91010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __May & June 2025__ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ADI a Resideo Company<br>275 Broadhollow Rd., Ste 400<br>Melville, NY 11747 | Line __3.48__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | FEDERAL EXPRESS<br>PO BOX 7221<br>Pasadena, CA 91109-7321 | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Pacific Radio Exchange, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | WAVENET, INC.<br>707 E SEPULVEDA BLVD<br>Carson, CA 90745 | Line  3.67<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 839,135.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 839,135.83 |

**Fill in this information to identify the case:**

Debtor name    Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Lease agreement | |
| State the term remaining | |
| List the contract number of any government contract | Pitney Bowes |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Printer lease agreement | |
| State the term remaining — lease ends March 2026 | Ricoh USA, Inc |
| List the contract number of any government contract | 300 Eagleview Blvd, Ste. 200 Exton, PA 19341 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Lease at 2701 N. Ontario St, Suite 120, Burbank, CA | |
| State the term remaining — ends March 31, 2026 | |
| List the contract number of any government contract | Vast RE/sources Ontario, LLC |

| Fill in this information to identify the case: |
|---|

Debtor name    Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Danny Lee Gutierrez | | MNR Capital Group LLC | ■ D    2.5 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   Danny Lee Gutierrez | | Celtic Bank/OnDeck Capital | ■ D    2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   Danny Lee Gutierrez | | Bankers Healthcare Group, LLC | ■ D    2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4   Danny Lee Gutierrez | | WebBank | ■ D    2.10 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   Danny Lee Gutierrez | | Launch Funding Group LLC | ■ D    2.4 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6 Danny Lee Gutierrez | United First / Global Funding | ■ D  2.9<br>☐ E/F ____<br>☐ G ____ |
| 2.7 Danny Lee Gutierrez | Swift Funding California LLC | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.8 Danny Lee Gutierrez | Pathway Funding of Miami LLC | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.9 Danny Lee Gutierrez | American Express Business Blueprint | ☐ D ____<br>■ E/F  3.4<br>☐ G ____ |
| 2.10 Danny Lee Gutierrez | American Express | ☐ D ____<br>■ E/F  3.2<br>☐ G ____ |
| 2.11 Danny Lee Gutierrez | American Express Blue Business | ☐ D ____<br>■ E/F  3.3<br>☐ G ____ |
| 2.12 Danny Lee Gutierrez | American Express Business Blueprint | ☐ D ____<br>■ E/F  3.4<br>☐ G ____ |
| 2.13 Danny Lee Gutierrez | Bank of America | ☐ D ____<br>■ E/F  3.8<br>☐ G ____ |

Debtor    Pacific Radio Exchange, Inc _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| | | |
|---|---|---|
| 2.14  Danny Lee<br>Gutierrez | CAPITAL ONE SPARK<br>BUSINESS CREDIT | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.15  Danny Lee<br>Gutierrez | CITI BUSINESS<br>AMERICAN AIRLINES | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.16  Danny Lee<br>Gutierrez | CITI COSTCO | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.17  Danny Lee<br>Gutierrez | WELLS FARGO<br>BUSINESS CREDIT<br>CARD | ☐ D _____<br>■ E/F ___3.68___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $604,359.99 |
    | For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $2,005,154.25 |
    | For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $2,375,772.75 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

Debtor    Pacific Radio Exchange, Inc _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | BELDEN WIRE & CABLE BELDEN INC. 28884 NETWORK PLACE Chicago, IL 60673-1288 | 5/1/25 $5,920.19; 5/6/25 $1,129.63; 5/8/25 $1,649.01; 6/3/25 234.79 | $8,933.62 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | Celtic Bank/OnDeck Capital 4700 W. Daybreak Pkwy, Suite 200 South Jordan, UT 84009 | May $5,000, June $4,000, July $2,000 | $11,000.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | United First / Global Funding 2999 NE 191st Street, Unit 901 Miami, FL 33180 | May $4,000, June $5,000, July $3,028.60 | $12,028.60 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | MNR Capital Group LLC 7901 4th St. N Ste 7491 Saint Petersburg, FL 33702 | May $6,600, June $7,200, July $4,200 | $18,000.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | Pathway Funding of Miami LLC 1150 NE 169TH Terrace Miami, FL 33162 | May $7,350, June $7,000, July $3,350 | $17,700.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | ERSHOWSKY VERSTADIG PLLC 290 CENTRAL AVENUE, #109 Lawrence, NY 11559 | May $6,850, June $8,250, July $4,800 | $19,900.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | Launch Funding Group LLC c/o Regain Group LLC One Bridge Plaza North, Suite 868 Fort Lee, NJ 07024 | May $3,220, June $3,440, July $2,400 | $9,060.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. | WELLS FARGO BUSINESS CREDIT CARD PO BOX 77033 Minneapolis, MN 55480-7733 | May $3,511, June $ 2,922.71, July $2,663.68 | $9,097.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Credit card |

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Danny L Gutierrez | See attached | | |
| President | | | |
| 4.2. Heather Gutierrez | See attached | | |
| Daughter of Danny L. Gutierrez (President) | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* |
|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | RHM LAW LLP<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316 | Attorney Fees - Debtor paid $5,022;  Danny Gutierrez paid $11,738 | 7/15/2025<br>and<br>7/21/2025 | $16,760.00 |
| | **Email or website address**<br>matt@rhmfirm.com | | | |
| | **Who made the payment, if not debtor?**<br>Danny Gutierrez (Presdient) paid a portion | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* |
|--------|------------------------------|--------------------------|

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|-----------------------------|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|-----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Customer name, address and telephone

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|-----------------------------------------|---------------------------------|-------------------------------|-------------------------------------------------------|-------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|--------------------------------------------|------------------------------|-----------------------------|

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Pacific Radio Exchange, Inc                                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | NIHAR PAREKH<br>DY Tax Service | 2023 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Danny L Gutierrez | | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Pacific Radio Exchange, Inc | Case number *(if known)* | |

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Danny L Gutierrez | See attached | | |
| | **Relationship to debtor**<br>President | | | |
| 30.2. | Heather Gutierrez | See attached | | |
| | **Relationship to debtor**<br>Daughter of Danny L. Gutierrez (President) | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Pacific Radio Exchange, Inc. - SOFA #4&30 | | |
|---|---|---|
| Date | Amount | Transfer/Type |
| Danny L. Gutierrez | | |
| 7.1.2024 | $   8,120.00 | Payroll - July |
| 8.1.2025 | $ 12,120.00 | Payroll - August |
| 9.1.2024 | $   9,699.00 | Payroll - September |
| 10.1.2024 | $   8,320.00 | Payroll - October |
| 11.1.2024 | $   4,500.00 | Payroll - November |
| 12.1.2024 | $   2,000.00 | Payroll - December |
| 1.1.2025 | $0.00 | No salary paid in January |
| 2.1.2025 | $   3,500.00 | Payroll - Feburary |
| 3.1.2025 | $   7,300.00 | Payroll - March |
| 4.1.2025 | $   6,000.00 | Payroll - April |
| 5.1.2025 | $   3,500.00 | Payroll - May |
| 6.1.2025 | $   4,300.00 | Payroll - June |
| 7.1.2025 | $   7,700.00 | Payroll - July |
| | $ 77,059.00 | |
| 9.9.2024 | $   2,583.50 | Reimb paid for JPC Consulting paid from Dan's acct. |
| 10.25.2024 | $   2,583.50 | Reimb paid  for JPC Consulting paid from Dan's acct. |
| 12.10.2024 | $   2,583.50 | Reimb paid  for JPC Consulting paid from Dan's acct. |
| 3.21.2025 | $   1,000.00 | Reimb paid  for JPC Consulting paid from Dan's acct. |
| 3.31.2025 | $   1,000.00 | Reimb paid  for JPC Consulting paid from Dan's acct. |
| 4.3.2025 | $   1,000.00 | Reimb paid  for JPC Consulting paid from Dan's acct. |
| 4.4.2025 | $   1,168.04 | Reim for PayPal loan debited from Dan's acct. |
| 4.11.25 | $   1,000.00 | Reimb paid for JPC Consulting paid from Dan's acct. |
| 4.11.25 | $      749.05 | Reimb for NAB trade show exp |
| 5.6.2025 | $   1,168.04 | Reim for PayPal loan debited from Dan's acct. |
| 6.30.2025 | $      430.00 | DMV renewal |
| 7.11.2025 | $      145.62 | Reimb for INFOCOMM trade show Exp |
| | $ 15,411.25 | |
| 7.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 8.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 9.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 10.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 11.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 12.01.2024 | $      267.46 | Spectrum remote internet for home office |
| 01.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 02.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 3.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 4.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 5.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 6.01.2025 | $      267.46 | Spectrum remote internet for home office |
| 7.08.2025 | $      267.46 | Spectrum remote internet for home office |
| | $   3,476.98 | |

| Date | Amount | Transfer/Type |
|---|---|---|
| **Heather Gutirerrez** | | |
| 7.1.2024 | $    5,384.60 | Payroll - July |
| 8.1.2025 | $    8,461.53 | Payroll - August |
| 9.1.2024 | $    5,769.24 | Payroll - September |
| 10.1.2024 | $    5,769.22 | Payroll - October |
| 11.1.2024 | $    5,711.92 | Payroll - November |
| 12.1.2024 | $    5,769.24 | Payroll - December |
| 1.1.2025 | $    5,772.24 | No salary paid in January |
| 2.1.2025 | $    5,769.24 | Payroll - Feburary |
| 3.1.2025 | $    5,769.24 | Payroll - March |
| 4.1.2025 | $    6,000.00 | Payroll - April |
| 5.1.2025 | $    6,150.00 | Payroll - May |
| 6.1.2025 | $    6,100.00 | Payroll - June |
| 7.1.2025 | $    6,250.00 | Payroll - July |
| | **$  78,676.47** | |

**Fill in this information to identify the case:**

Debtor name   Pacific Radio Exchange, Inc

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 31, 2025

_____          Danny Lee Gutierrez
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Pacific Radio Exchange, Inc<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Danny Lee Gutierrez_____ , the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

■ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.    ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

July 31, 2025
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    Pacific Radio Exchange, Inc
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Danny Lee Gutierrez

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS

OF PACIFIC RADIO EXCHANGE, INC.

DATED: July 8, 2025

Pursuant to §307(b) of the California Corporations Code and the
by-laws of the corporation, the undersigned, being all of the
members of the board of directors, and in lieu of a meeting,
hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that
the corporation needs to take advantage of the benefits of
Chapter 11 of the Bankruptcy Code to reorganize the debt
structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to
file a Voluntary Petition under Chapter 11 of the Bankruptcy
Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Danny Lee Gutierrez, is hereby
authorized and instructed to take whatever actions he deems
appropriate to file the Chapter 11 petition and see the case to
complete reorganization.


Danny Lee Gutierrez, President

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    Pacific Radio Exchange, Inc _____    Case No. _____
                                           Debtor(s)              Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

■ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $        16,760.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $          700.00 |
| [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. | |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    Debtor paid $5,022; Danny Gutierrez (President) paid $11,738

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    Pacific Radio Exchange, Inc                                    Case No. _____
_____
                    Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**
(Continuation Sheet)

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 31, 2025                                        /s/ Matthew D. Resnik
*Date*                                              Matthew D. Resnik
                                                    *Signature of Attorney*
                                                    RHM LAW LLP
                                                    17609 Ventura Blvd.
                                                    Ste 314
                                                    Encino, CA 91316
                                                    (818) 285-0100   Fax: (818) 855-7013
                                                    matt@rhmfirm.com
                                                    *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax: (818) 855-7013
California State Bar Number: (SBN 182562) CA
matt@rhmfirm.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Pacific Radio Exchange, Inc

CASE NO.:

CHAPTER: 11

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  July 31, 2025 _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  July 31, 2025 _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Pacific Radio Exchange, Inc
2701 N. Ontario St, Suite 120
Burbank, CA 91504


Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


ADI a Resideo Company
275 Broadhollow Rd., Ste 400
Melville, NY 11747


All-Phase Electric Supply Co.
3020 W, Empire Ave.
Burbank, CA 91504


American Express
P.O. BOX 0001
Los Angeles, CA 90096-8000


American Express Blue Business
P.O. Box 96001
Los Angeles, CA 90096


American Express Business Blueprint
P.O. Box 570622
Atlanta, GA 30357


American Recorder Tech, Inc.
1872 Angus Avenue
Simi Valley, CA 93063

Amphenol RF
4 Old Newtown Rd
Danbury, CT 06810


Amphenol Sine Systems
44724 Morley Drive
Clinton Township, MI 48036


Bank of America
Business Card
P O Box 15796
Wilmington, DE 19886-5796


Bankers Healthcare Group, LLC
10234 W. State Road 84
Davie, FL 33324


Beach Wire & Cable
15881 Chemical Lane
Wilmington, DE 19886-5796


BELDEN WIRE & CABLE
BELDEN INC.
28884 NETWORK PLACE
Chicago, IL 60673-1288


BREWER & TOMINAGA
310 N. WESTLAKE BLVD, Ste 260
Westlake Village, CA 91362


Burbank Water and Power
PO Box 631
Burbank, CA 91503-0631

California Dept. of Tax and Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279


CANARE CORPORATION OF AMERICA
45 COMMERCE WAY, UNIT C
Totowa, NJ 07512


CAPITAL ONE SPARK BUSINESS CREDIT
P.O. BOX 60599
City of Industry, CA 91716-0599


Celtic Bank/OnDeck Capital
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009


CHEVRON & TEXACO BUSINESS FUEL CARD
P.O. BOX 4337
Carol Stream, IL 60197-4337


CITI BUSINESS AMERICAN AIRLINES
PO BOX 790046
Saint Louis, MO 63179-0046


CITI COSTCO
P.O. BOX 78019
Phoenix, AZ 85062-8019


CLARK WIRE & CABLE
408 WASHINGTON BLVD
Mundelein, IL 60060

CLEERLINE TECHNOLOGY GROUP
8404 EL WAY DRIVE, #2B
Missoula, MT 59808


COAX CONNECTORS LTD.
KORUS HOUSE
6-8 COLNE ROAD
Twickenham, Middlesex, UK
TW1 4JR


COVERALL North America, Inc.
2955 MOMENTUM PLACE
Chicago, IL 60689


Danny L Gutierrez
28378 Stansfield Lane
Santa Clarita, CA 91350


EDAC INCORPORATED
3810 SHUTTERFLY ROAD, #200
Charlotte, NC 28217


ELECTRONICS DISTRIBUTORS
2004 CHARLIE STREET
Costa Mesa, CA 92627


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


ERSHOWSKY VERSTADIG PLLC
290 CENTRAL AVENUE, #109
Lawrence, NY 11559

FEDERAL EXPRESS
c/o AG Adjustments, Ltd.
1 Huntington Quadrangle Ste. 4N15
Melville, NY 11747


FEDERAL EXPRESS
PO BOX 7221
Pasadena, CA 91109-7321


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


HAVE INC.
49 BENDER BLVD.
Ghent, NY 12075


HOSA TECHNOLOGY INC.
6650 CABALLERO BLVD
Buena Park, CA 90620


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JOSEPH ELECTRONICS INC.
6633 W HOWARD ST
Niles, IL 60714


KLEIN TOOLS INCORPORATED
P.O. BOX 731984
Dallas, TX 75373-1984

Launch Funding Group LLC
c/o Regain Group LLC
One Bridge Plaza North, Suite 868
Fort Lee, NJ 07024


LEGRAND AV INC.
6436 CITY WEST PARKWAY
Eden Prairie, MN 55344


LILLIPUT ELECTRONICS (USA), INC.
130 COMMERCE WAY
Walnut, CA 91789


MARSHALL ELECTRONICS INC
20608 MADRONA AVE
Torrance, CA 90503


MASTERWORKS MANUFACTURING SERVICES
508 SHOREVIEW PARK ROAD
Saint Paul, MN 55126


MILLER-STEPHENSON CHEM.
55 BACKUS AVE.
Danbury, CT 06810-7328


MNR Capital Group LLC
7901 4th St. N Ste 7491
Saint Petersburg, FL 33702


MNR Capital Group LLC
418 Broadway, #5133
Albany, NY 12207

MOUSER ELECTRONICS
1000 NORTH MAIN STREET
Mansfield, TX 76063


MUXLAB INC.
2321 COHEN
MONTREAL, QUEBEC
H4R 2N7


NEUTRIK AMERICAS, INC.
4115 TAGGART CREEK RD.
Charlotte, NC 28208


NICE NORTH AMERICA LLC
DBA NORTEK SECURITY & CONTROL
PO BOX 846126
Dallas, TX 75284-6126


NTE ELECTRONICS INC.
44 FARRAND STREET
Bloomfield, NJ 07003


ORS NASCO LLC
3706 SOLUTIONS CENTER
Chicago, IL 60677-3007


Pathway Funding of Miami LLC
1150 NE 169TH Terrace
Miami, FL 33162


PayPal Loan Builder/Swift Financial
2211 North First Street
San Jose, CA 95131

PHILMORE CARTER IND. INC
P.O. BOX 6386
Rockford, IL 61125-1386


PLATINUM TOOLS/LYNN
1390 WELSH ROAD
North Wales, PA 19454


PLATT LUGGAGE INC.
4051 W.51st STREET
Chicago, IL 60632


PRIME WIRE AND CABLE
1330 VALLEY VISTA
Diamond Bar, CA 91765


PVK PLASTICS
PO BOX 161961
Austin, TX 78716-1961


RADIO DESIGN LABS
659 N 6TH ST
Prescott, AZ 86301


RESIDEO LLC FKA ADEMCO INC.
25429 NETWORK PLACE
Chicago, IL 60673-1254


SERCO MOLD INC.
2009 WRIGHT AVENUE
La Verne, CA 91750

SHELL BUSINESS FUEL CARD
P.O. BOX 6293
Carol Stream, IL 60197-6293


Sommer Cable America
c/o David & Jones LLC
3120 Sabre Dr.,  Suite 280
Southlake, TX 76092-2102


SOUNDTOOLS
486 Constituion Ave
Camarillo, CA 93012


SPECIALIZED PRODUCTS
P.O. BOX 201546
Dallas, TX 75320-1546


STAR FIRE EXTINGUISHER COMPANY
P.O. BOX 4333
Burbank, CA 91503-4333


Swift Funding California LLC
Ershowsy Verstanding PLLC
290 Central Avenue, Ste. 109
Lawrence, NY 11559


TASNEEM SACHEE
18-C Kamdhenu Park
Near Kedari Garden
Wanwadi, Pune, Maharashtra 411040
India


TECHFLEX INCORPORATED
104 DEMAREST ROAD
Sparta, NJ 07871

TECHLOGIX NETWORX, LLC
715 POST ROAD, SUITE C
Madison, WI 53713


TECNEC DISTRIBUTING
812 KINGS HIGHWAY
P.O. BOX 397
Saugerties, NY 12477


TEMPO COMMUNICATIONS, INC.
ATTN: ACCOUNTS RECEIVABLE
1390 ASPEN WAY
Vista, CA 92081


THE GENIE GROUP, INC./THE GENIE NET
GENIE GROUP, INC.
P.O. BOX 306008
Nashville, TN 37230-6008


The RapcoHorizon Company
RHC HOLDING CORP.
PO BOX 22751
New York, NY 10087-2751


THE RIP-TIE COMPANY
883 SAN LEANDRO BLVD.
San Leandro, CA 94577


TYTON HELLERMANN
22242 NETWORK PLACE
Chicago, IL 60673-1222


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th FL
Los Angeles, CA 90012

United First / Global Funding
2999 NE 191st Street, Unit 901
Miami, FL 33180


UPS
P.O. BOX 650116
Dallas, TX 75265-0116


VANCO INTERNATIONAL, LLC
506 KINGSLAND DRIVE
Batavia, IL 60510


Vast RE/sources Ontario, LLC
Attn: Bob Carter
4326 Forman Avenue
North Hollywood, CA 91602


WAVENET, INC.
c/o Vericore LLC
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078


WAVENET, INC.
707 E SEPULVEDA BLVD
Carson, CA 90745


WebBank
LoanBuilder/Swift Financial
c/o Foley & Lardner LLP
321 N. Clark Street
Chicago, IL 60654


WELLS FARGO BUSINESS CREDIT CARD
PO BOX 77033
Minneapolis, MN 55480-7733

WIN LONG USA LLC
DBA TITANIUM TECHNOLOGIES
2704 PALDAN DRIVE
Auburn Hills, MI 48326


WIREMOLD / BROOKS ELECTRONICS
P.O. BOX 7247-7370
Philadelphia, PA 19170-7370


XENIUM LIMITED
UNIT A-5/F EASTERN FLOWER CENT
22-24 CAMERON ROAD
TSIM SHA TSUI
KOWLOON, HONG KONG


XPRESSCONNECT SUPPLY, LLC
P.O. Box 847481
Dallas, TX 75284-7481


ZACK ELECTRONICS
1075 HAMILTON ROAD
Duarte, CA 91010